**Motion for Rehearing Granted, Memorandum Opinion filed July 6, 2021, Withdrawn, Appeal Reinstated, and Order filed July 29, 2021.**



**In The**

# Fourteenth Court of Appeals

_____

## NO. 14-20-00796-CV

_____

### SARAH GARNELO, Appellant

### V.

### URBAN SOUTHWEST TOWNSHIP APARTMENTS GP, LLC D/B/A TOWNSHIP APARTMENTS, Appellee

**On Appeal from the 55th District Court
Harris County, Texas
Trial Court Cause No. 2018-43220**

## ORDER

On July 6, 2021, this court issued an opinion dismissing this appeal. On July 13, 2021, appellant filed a motion for rehearing. The motion is **GRANTED**.

This court's opinion filed July 6, 2021, is **WITHDRAWN**, and our judgment of that date is **VACATED.** The appeal is ordered **REINSTATED.**

PER CURIAM

Panel Consists of Justices Chief Justice Christopher and Justices Spain and Wilson.